# EXHIBIT A

# BURSOR & FISHER
### P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

**YITZCHAK KOPEL**
Tel: **646.837.7127**
Fax: **212.989.9163**
ykopel@bursor.com

September 17, 2019

<u>*Via Certified Mail - Return Receipt Requested*</u>

H&R Block, Inc.
One H&R Block Way
Kansas City, MO 64105

HRB Tax Group, Inc.
One H&R Block Way
Kansas City, MO 64105

HRB Digital LLC
One H&R Block Way
Kansas City, MO 64105

Re: *Violations of the California Unfair Competition Law, Cal. Bus. & Prof. Code §17200, et seq.; violations of the California Consumers Legal Remedies Act, Cal. Civ. Code § 1750, et seq.; violations of the California False Advertising Law, Cal. Bus. & Prof. Code § 17500, et seq.; and all other applicable laws*

To Whom It May Concern,

    This letter serves as a preliminary notice and demand for corrective action by H&R Block, Inc., HRB Tax Group, Inc., and HRB Digital LLC ("Defendant," "H&R Block" or "You") arising from violations of consumer protection laws, on behalf of our client, Aaricka Swanson, and a class of all similarly situated Free File Program-eligible persons who paid to use H&R Block's internet tax-filing software to file their taxes for the 2002-2018 tax year. This letter serves as notice of violations of all applicable consumer protection laws, including, but not limited to, California's Consumers Legal Remedies Act, Civil Code § 1770.

    You have engaged in a campaign to intentionally divert and deceive lower income tax payers who are eligible to receive free tax preparation and filing services under the United States Internal Revenue Service's ("IRS") Free File Program to Your paid tax filing software products. This is despite the fact that pursuant to an agreement with the IRS, H&R Block and other tax preparation providers are required to cumulatively offer 70% of U.S. taxpayers based on Adjusted Gross Income ("AGI") (currently anyone with an AGI of $66,000 or less) the option to file their taxes for free. Specifically, you are required to offer taxpayers between the ages of 17 and 51, making less than $66,000, access to Your free file program. However, through affirmative acts to divert consumers away from your truly free software, consumers like Plaintiff Swanson, who should have been able to file their tax returns for free, were charged to file their tax returns by H&R Block.

Ms. Swanson paid to file her tax returns through H&R Block, despite qualifying for the IRS Free File Program. Had H&R Block not misrepresented the nature of its tax preparation and e-filing services and informed Ms. Swanson that she was eligible to file for free, she would not have agreed to pay to use H&R Block's paid tax-filing software. Had H&R Block made its free tax filing product accessible, Ms. Swanson would have used it, rather than the paid version.

H&R Block's conduct is a deceptive business practice under all applicable consumer protection laws, including, but not limited to, California's Consumers Legal Remedies Act, Civil Code § 1770.

Ms. Swanson is acting on behalf of a class of all similarly situated Free File Program-eligible persons in the United States who paid to use H&R Block's online tax-preparation software to file an online tax return for the 2002 through 2018 tax filing years. She is also acting on behalf of a California Subclass defined as all similarly situated Free File Program-eligible persons in the State of California who paid to use H&R Block's online tax-preparation software to file an online tax return for the 2002 through 2018 tax filing years

To cure these defects, we demand that you (1) Provide a direct link on the H&R Block website to properly advertise H&R Block's Free File Program to eligible participants; and (2) fully reimburse and make whole all Free File eligible consumers who paid to use H&R Block tax filing software.

We further demand that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents concerning agreements between you and the IRS;

2. All records concerning the AGI of H&R Block customers using any of its online tax filing products;

3. All documents concerning communications between you and other members of the Free File Alliance;

4. All internal communications with customer service staff and other representatives relating to H&R Block's Free File software;

5. All documents concerning communications with purchasers of any paid H&R Block online tax-filing product;

6. All documents concerning communications with federal or state regulators; and

7. All documents concerning H&R Block Free File program requirements.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents promptly.

We are willing to negotiate to attempt to resolve the demands asserted in this letter. If you wish to enter into such discussions, please contact me right away. If I do not hear from you promptly, I will take that as an indication that you are not interested in doing so.

Very truly yours,

*Y. Kopel*

Yitzchak Kopel