I, Aaricka Swanson, declare as follows:

1.  I am a plaintiff in this action and a citizen of the State of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2.  The complaint filed in this action is filed in the proper place for trial under California Civil Code Section 1780(d) in that H&R Block has its principal place of business in Kansas City.

3.  While living in Los Osos, California, I purchased H&R Block's online tax filing software for my household and my personal use. I was eligible to file my taxes for free under the Free File program. However, due to Defendant's misrepresentations and omissions, I was unaware of the fact that I was entitled to file for free. My belief that the only option was to use a paid service was a substantial factor in my decision to purchase the H&R Block tax-filing software. After I inputted my information into the software, I was charged $64.94 to file my taxes. Specifically, I was charged for a "federal return" in the amount of $29.99 and I was charged for a "Refund Transfer Fee" in the amount of $34.95. I was not offered an option to select the Free File edition of the software. At no point during my use of the software was I made aware that I was eligible to file for free, even after submitting my information demonstrating my eligibility. Had I known about H&R Block's free software, I would have used it instead and would not have paid to use the software.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on September 17, 2019 at Los Osos, California.


AARICKA SWANSON