# EXHIBIT C

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Aaricka Swanson ;
2 Citizen of Another State; California
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
H&R Block, Inc. ;
4 Incorporated or Principal Place of Business in This State;
**County of Residence:** Jackson County

Additional Defendants(s):
HRB Tax Group, Inc. ;
4 Incorporated or Principal Place of Business in This State;

HRB Digital, LLC ;
4 Incorporated or Principal Place of Business in This State;

Free File, Inc. ;
5 Incorporated and Principal Place of Business in Another State;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Eric Barton (Aaricka Swanson)
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
**Phone:** 816-701-1100
**Fax:** 816-531-2372
**Email:** ebarton@wcllp.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 2 Citizen of Another State

    **Defendant:** 4 Incorporated or Principal Place of Business in This State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 370 Fraud Actions

**Cause of Action:** 28 U.S.C. 1332(d) - Unfair or deceptive business practices

**Requested in Complaint**

　　**Class Action:** Class Action Under FRCP23

　　**Monetary Demand (in Thousands):** 5,000

　　**Jury Demand:** Yes

　　**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Eric Barton

**Date:** 9/26/19

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.